UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROSS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. TORTORICE,<br><br>　　　　　Defendant. | Case No.  1:20-cv-01000-BAK (BAM) (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AS MOOT**<br><br>**(ECF No. 31)** |

　　　　Plaintiff David Ross ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendant S. Tortorice ("Defendant") for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

　　　　On March 14, 2022, Plaintiff filed "Plaintiff's Request for an Attorney's Representation for the Deposition Only." (ECF No. 29.) On March 23, 2022, the Court issued an Order Denying Plaintiff's Motion to Appoint Counsel for Deposition Only. (ECF No. 30.)

　　　　On April 13, 2022, Plaintiff filed an untitled document, docketed by the Clerk of the Court as a Notice of Change of Address and Motion for Appointment of Counsel. (ECF No. 31.) Plaintiff's document is dated April 7, 2022, and includes a copy of correspondence sent to Plaintiff by defense counsel concerning Plaintiff's postponed deposition. (*Id*. at 2-3.) Plaintiff also states he does not know "if the court received" his earlier request for counsel. (*Id*. at 1.)

//

1  It appears Plaintiff has not received service of the Court's March 23, 2022, Order denying his motion for the appointment of counsel, apparently due to Plaintiff's recent transfer from the Sierra Conservation Center to the California Substance Abuse Treatment Facility in Corcoran, California.

Because the Court denied Plaintiff's earlier motion for the appointment of counsel, Plaintiff's instant motion, referencing his earlier request, is moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for appointment of counsel (ECF No. 31) is DENIED as moot; and,
2. The Clerk of the Court is directed to re-serve Plaintiff with a courtesy copy of the Order Denying Plaintiff's Motion for Appointment of Counsel for Deposition Only (ECF No. 30) at Plaintiff's current institution, the California Substance Abuse Treatment Facility.

IT IS SO ORDERED.

Dated: **April 14, 2022**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE