UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROSS,<br><br>        Plaintiff,<br><br>    v.<br><br>S. TORTORICE,<br><br>        Defendant. | Case No.  1:20-cv-01000-BAK (BAM) (PC)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 33) |

Plaintiff David Ross is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983.

The parties have consented to magistrate judge jurisdiction. (*See* Doc. 28 [Consent Minute Order].)

On June 23, 2022, counsel for Defendant Tortorice filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. No. 33.) It states the parties "have resolved this case in its entirety" and that each party shall bear its own costs and fees. (*Id*. at 1.) The stipulation is signed and dated by Plaintiff David Ross and Christian M. Georgely, counsel for Defendant Tortorice. (*Id*. at 2.)

//

//

//

//

1

1   Accordingly, this action is terminated by operation of law without further order from the
2   Court. Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to terminate all pending
3   motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **June 24, 2022**                        /s/ Barbara A. McAuliffe             _
                                                     UNITED STATES MAGISTRATE JUDGE